IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-01926-LTB-PAC

RICKY A. TRAVIS,

    Plaintiff(s),

v.

DAN BENNIT, Postal Inspector Colorado Springs Pikes Peak Office,

    Defendant(s).

---

### MINUTE ORDER
---

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that plaintiff's letter [filed June 16, 2005], which the Court construes as a Motion for Clarification is **GRANTED** as follows:

**7.**    **Case Plan and Schedule**

    bb.    28 USC §636(c) consent to a magistrate judge deadline is December 11, 2005.  See L.R. 72.2.

    e.    Deposition Schedule:  A schedule with dates is to be filed by September 1, 2005.

**9.**    **Other Scheduling Issues**

    b.    A 3 day trial is set before Chief Judge Lewis T. Babcock beginning July 24, 2006, 8:30 a.m.  The final trial prep conference with Chief Judge Babcock is June 22, 2006 at 8:00 a.m.

Dated:  June 21, 2005