**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-01926-LTB-PAC

RICKY A. TRAVIS,

      Plaintiff,

v.

DAN BENNIT, Postal Inspector Colorado Springs Pike Peak Office,

      Defendant.
_____

**ORDER**
_____

      This case is before me on the recommendation of the Magistrate Judge that Defendant's Motion to Dismiss, filed June 20, 2005 (Doc #36) be granted and that Plaintiff's complaint and all of his claims be dismissed.  The Magistrate further recommends that Plaintiff's Motion for Summary Judgment, filed December 13, 2005 (Doc #58) be denied.  The recommendation was filed January 16, 2006.  Plaintiff has filed timely written objections to the Magistrate Judge's recommendations.  I have therefore reviewed the recommendations *de novo* in light of the file in this matter and Plaintiff's objections.  On *de novo* review, I conclude that the recommendations are correct.  Accordingly

      IT IS ORDERED that Plaintiff's Motion for Summary Judgment filed December 13, 2005 (Doc #58) is DENIED.

1

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss filed June 20, 2005 (Doc #36) is GRANTED and Plaintiff's Complaint (including all of his claims) is DISMISSED.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: January 25, 2006